CSD 1099 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Kevin C. Young, Esq., SBN125298
3131 4th Avenue
San Diego, CA 92103
619-232-3090
kevincyoungesq@aol.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  MCDAB Family Trust of May 01, 2008

Debtor(s)

Bankruptcy No. 25-01862-CL11

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the originals required by CSD 1800 Administrative Procedures [Check one or more boxes as appropriate]:

- [x] Schedules A/B – J (Forms 106A/B - J & 206A/B-G)
- [x] Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- [x] Summary of Your Assets and Liabilities and Certain Statistical Information Schedules (Form 106Sum & 206Sum)
- [ ] Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- [ ] Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- [ ] Chapter 7 Means Test Calculation (Form 122A-2)
- [ ] Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- [ ] Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- [ ] Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- [ ] Chapter 13 Plan (CSD1300)
- [ ] Schedule A/B: Property (Form 106A/B & 206A/B)
- [ ] Schedule C: The Property You Claim as Exempt (Form 106C)
- [ ] Creditors Who Have Claims Secured by Property (Form 106D & 206D)
- [ ] Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F)
- [ ] Executory Contracts & Unexpired Leases (Form 106G &206G)
- [ ] Your Co-Debtors (Form 106H)
- [ ] Schedule I: Your Income (Form 106I)
- [ ] Your Expenses (Form 106J)
- [ ] Expenses for Separate Household of Debtor 2 (Form 106J-2)

**If additional creditors are added at this time, the following are required:**
1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules*. See instructions on reverse side.

Dated: 5/19/2025       Signed: *Kevin Young*
                               Attorney for Debtor

I[We]  MCDAB Family Trust of 5/1/2008  and _____ , the debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of ____ pages, and on the creditor matrix, if any, is true and correct.

Dated: 5/19/2025

_____*Marc D. Lair*_____       _____
*Debtor                                *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099 [12/01/23]

## INSTRUCTIONS

1. Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2. If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3. If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below via the following method(s):

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____5/19/25_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

See Attached Service List Via CM/ECF and Email

☐ Chapter 7 Trustee:

☒ For Chapter 7, 11, & 12 cases:   ☐ For Chapter 13 cases:

UNITED STATES TRUSTEE   MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov   mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail:**

On _____5/19/2025_____ , I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

See Attached Service List.by US Mail

CSD 1099 [12/01/23]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  5/19/2025
(Date)

Kevin C. Young   *Kevin Young*
(Typed Name and Signature)

3131 4th Avenue
(Address)

San Diego, CA 92103
(City, State, ZIP Code)

Service List Via CM/ECF and Email

| Name | Address |
| --- | --- |
| Corina R Pandeli | corina.pandeli@usdoj.gov |
| Tiffany Carroll | tiffany.l.carroll@usdoj.gov |
| United States Trustee | ustp.region15@usdoj.gov |
| SDG&E | Bankruptcies@semprautilities.com |

Service List Via US Mail

| Name | Address |
| --- | --- |
| City of Del Mar | 1020 Camino del Mar, Del Mar, CA 92014 |
| EDCO Disposal | 9790 Olson Drive, San Diego, CA 92121-2801 |
| K S Mattson Partners, LP | ATTN: Kenneth W. Mattson<br>131 Wykoff Dr, Vacaville, CA 95688-3544 |
| SDTTC | P.O. Box 129009, San Diego, CA 92112-9009 |
| SO-CAL Capital, Inc. | ATTN: Alina A. Ananian, Esq.<br>350 South Grand Avenue, 51st Floor, Los Angeles, CA 90071 |
| SO-CAL Capital, Inc. | 1300 Dove Street, Ste. 215, Newport Beach, CA 92660-2446 |