Kevin C. Young, Esq., SBN 125298
3131 Fourth Avenue
San Diego, CA  92103
Telephone: (619)232-3090
Facsimile: (619)696-0045
E-Mail: kevincyoungesq@aol.com

Attorney for Debtor MCDAB FAMILY TRUST OF MAY 01, 2008

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MCDAB FAMILY TRUST OF MAY 01, 2008,<br><br>    Debtor.<br>―――――――――――――――<br>SO-CAL CAPITAL, INC.<br><br>    Movant.<br>v.<br><br>MCDAB FAMILY TRUST OF MAY 01, 2008,<br><br>    Respondent. | Bankruptcy No.: 25-01862-CL 11<br><br>**DECLARATION OF DYLAN LAIR IN OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>RS No.: 1<br><br>Date: June 30, 2025<br>Time: 2:30 pm<br>Dept.: 1 |

I, Dylan Lair, hereby declare and state as follows:

1.      I am the successor trustee of the Debtor in the above-entitled Chapter 11 Bankruptcy Case.

2.      I have percipient knowledge of the facts set forth in my declaration and can so testify if requested to do so.

3.      MCDAB FAMILY TRUST OF MAY 01, 2008 is an irrevocable trust established on May 1, 2008 at the outset of the great recession.

4.      As successor trustee of MCDAB FAMILY TRUST OF MAY 01, 2008, I acquired the real property commonly known as 1817-1819 Coast Boulevard, Del Mar, California 92014 ("the subject property") on March 11, 2024.  A true and correct copy of the Grant Deed for the subject property to me as trustee is attached and marked as Exhibit "1" hereto.

Declaration of Dylan Lair Re: Opposition to Relief from Stay                                    Page  -1-

5.    As the current trustee of MCDAB FAMILY TRUST OF MAY 01, 2008, as well as the trustee at the time of the acquisition of the subject property, I can attest to the value of subject property as being more than $5,000,000, and that the value of the net equity interest of MCDAB FAMILY TRUST OF MAY 01, 2008 is over $1,400,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 11, 2025, at Austin, Texas.

*/s/ Dylan Lair*
Dylan Lair

---

Declaration of Dylan Lair Re: Opposition to Relief from Stay                              Page  -2-

# Exhibit "1"

RECORDING REQUESTED BY:
**Stewart Title of California, Inc.**

WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENT TO:

Dylan Lair
1819 Coast Boulevard
Del Mar, CA 92014

ORDER NO.    2260903
APN:            299-144-13-00

Property Addr:  1817-1819 Coast Boulevard, Del Mar, CA
                92014

**DOC# 2024-0071476**

Mar 21, 2024  04:29 PM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $3,877.00  (SB2 Atkins: $0.00)
PCOR: YES
PAGES: 2

SPACE ABOVE THIS LINE FOR RECORDERS USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

DOCUMENTARY TRANSFER TAX is $3,850.00          CITY TAX $0.00

☐ Monument Preservation Fee is:

☒ computed on full value of property conveyed, or

☐ computed on full value less value of liens or encumbrances
remaining at time of sale.

☐   Unincorporated area  ☒  City of Del Mar

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

KS Mattson Partners , A Limited Partnership also known as KS Mattson Partners, LP, A Califronia Limited Partnership

**hereby GRANT(S) to**

Dylan Lair Trustee of the MCDAB Family Trust dated May 1, 2008

the following described real property in the City of Del Mar, County of San Diego, State of California:

Parcel 1:

The Southerly 25.0 feet of Lot 7 and the Northerly 20.0 feet of Lot 8 in Block 120 of Del Mar Resubdivision No. 1, in the City of Del Mar, County of San Diego, State of California, according to Map thereof No. 1268, filed in the Office of the County Recorder of San Diego County, June 13, 1910.

Parcel 2:

An easement and right of way for walkway purposes over the Southerly 3 feet of the Northerly 23 feet of Lot 8 in Block 120 of Del Mar Resubdivision No. 1, in the City of Del Mar, County of San Diego, State of California, according to Map thereof No. 1268, filed in the Office of the County Recorder of San Diego County, June 13, 1910.

Order No.: 2260903
Grant Deed Sale

Page 1 of 2

Date: March 11, 2024

KS Mattson Partners , A Limited Partnership also known as
~~KS Mattson Partners, LP~~, A Califronia Limited Partnership

BY : _____

Kenneth W. Mattson, Managing Partner

A notary public or other officer completing this certificate verifies only the
identity of the individual who signed the document to which this certificate is
attached and not the truthfulness, accuracy, or validity of that document.

State of California
County of ~~San Diego~~ Sonoma

On _March 20th, 2024_ before me _Wendy L. O'Sullivan_, Notary Public, personally appeared
_____Kenneth W. Mattson_____, who proved to me on the
basis of satisfactory evidence to be the person(s), whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

Signature _____

(seal)

MAIL TAX STATEMENT AS DIRECTED ABOVE

WENDY L. O'SULLIVAN
COMM. #2397510
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires March 17, 2026

Order No.: 2260903
Grant Deed Sale

Page 2 of 2