Kevin C. Young, Esq., SBN 125298
3131 Fourth Avenue
San Diego, CA  92103
Telephone: (619)232-3090
Facsimile: (619)696-0045
E-Mail: kevincyoungesq@aol.com

Attorney for Debtor MCDAB FAMILY TRUST OF MAY 01, 2008

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

MCDAB FAMILY TRUST OF MAY 01, 2008,

     Debtor.

Bankruptcy Case No.: 25-01862-CL 11

**DECLARATION OF DYLAN LAIR IN OPPOSITION TO MOTION TO DISMISS CHAPTER 11 CASE**

Date: July 11, 2025
Time: 10:30 am
Dept.: 1

I, Dylan Lair, hereby declare and state as follows:

1. I am the successor trustee of the Debtor in the above-entitled Chapter 11 Bankruptcy Case.

2. I have percipient knowledge of the facts set forth in my declaration and can so testify if requested to do so.

3. MCDAB FAMILY TRUST OF MAY 01, 2008 is an irrevocable trust established on May 1, 2008 at the outset of the great recession.  On November 28, 2011, I became the successor trustee of Debtor.

4. Debtor has its own individual employer identification number.

5. As successor trustee of Debtor, I executed a certification of Debtor in 2023, a true and correct copy of which is attached and marked as Exhibit "2" to my declaration.  Therein I state some of the business authority I have as Debtor's trustee including "(a) The powers to sell, convey and exchange property and assets of the trust; and (b) The power to borrow money and encumber the trust property with a deed of trust or mortgage."

6.      The day after 239 La Barranca, Solana Beach CA 92075, was sold, as successor trustee of MCDAB FAMILY TRUST OF MAY 01, 2008, I acquired the real property commonly known as 1817-1819 Coast Boulevard, Del Mar, California 92014 ("the subject property") on March 11, 2024.  A true and correct copy of the Grant Deed for the subject property to me as trustee is attached and marked as Exhibit "1" hereto.  I then hired TR Davis to continue managing the short term rental of the duplex as it had done for the prior owner of the duplex.

7.      As successor trustee, my purpose in the sale La Barranca, Solana Beach CA 92075 and acquisition of the duplex at 1817-1819 Coast Boulevard, Del Mar, California 92014 was to earn a profit for Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 27, 2025, at Austin, Texas.

/s/ Dylan Lair
Dylan Lair

Declaration of Dylan Lair Re: Opposition to Motion to Dismiss Bankruptcy Case                Page  -2-

# Exhibit "1"

RECORDING REQUESTED BY:
**Stewart Title of California, Inc.**

WHEN RECORDED MAIL TO:
AND MAIL TAX STATEMENT TO:

Dylan Lair
1819 Coast Boulevard
Del Mar, CA 92014

ORDER NO.   2260903
APN:              299-144-13-00

Property Addr:  1817-1819 Coast Boulevard, Del Mar, CA
                        92014

**DOC# 2024-0071476**

Mar 21, 2024  04:29 PM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $3,877.00  (SB2 Atkins: $0.00)
PCOR: YES
PAGES: 2

SPACE ABOVE THIS LINE FOR RECORDERS USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s)

DOCUMENTARY TRANSFER TAX is $3,850.00            CITY TAX $0.00

☐ Monument Preservation Fee is:

☒ computed on full value of property conveyed, or

☐ computed on full value less value of liens or encumbrances
   remaining at time of sale.

☐   Unincorporated area   ☒  City of Del Mar

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

KS Mattson Partners , A Limited Partnership also known as KS Mattson Partners, LP, A Califronia Limited Partnership

**hereby GRANT(S) to**

Dylan Lair Trustee of the MCDAB Family Trust dated May 1, 2008

the following described real property in the City of Del Mar, County of San Diego, State of California:

Parcel 1:

The Southerly 25.0 feet of Lot 7 and the Northerly 20.0 feet of Lot 8 in Block 120 of Del Mar Resubdivision No. 1, in the City of Del Mar, County of San Diego, State of California, according to Map thereof No. 1268, filed in the Office of the County Recorder of San Diego County, June 13, 1910.

Parcel 2:

An easement and right of way for walkway purposes over the Southerly 3 feet of the Northerly 23 feet of Lot 8 in Block 120 of Del Mar Resubdivision No. 1, in the City of Del Mar, County of San Diego, State of California, according to Map thereof No. 1268, filed in the Office of the County Recorder of San Diego County, June 13, 1910.

Order No.: 2260903
Grant Deed Sale

Page 1 of 2

Date:  March 11, 2024

KS Mattson Partners , A Limited Partnership also known as
KS Mattson Partners, LP, A California Limited Partnership

BY
Kenneth W. Mattson, Managing Partner

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of San Diego Sonoma

On March 25th, 2024 before me Wendy L. O'Sullivan, Notary Public, personally appeared Kenneth W. Mattson, who proved to me on the basis of satisfactory evidence to be the person(s), whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature

(seal)

MAIL TAX STATEMENT AS DIRECTED ABOVE

WENDY L. O'SULLIVAN
COMM. #2397510
NOTARY PUBLIC - CALIFORNIA
SONOMA COUNTY
My Comm. Expires March 17, 2026

Order No.:  2280903
Grant Deed Sale

Page 2 of 2

# EXHIBIT "2"

## CERTIFICATION OF TRUST
## PURSUANT TO CALIFORNIA PROBATE CODE SECTION 18100.5

I, Dylan Lair, trustee of the MCDAB Family Trust of May 01, 2008 confirm the following facts as true and correct:

1.    The MCDAB Family Trust of May 01, 2008 is currently in existence and was created on May 1, 2008.

2.    The settlor/trustor of the trust was Marc D. Lair.

3.    The acting trustee of the trust is Dylan Lair.

4.    The power of the trustee includes: (a) The powers to sell, convey and exchange property and assets of the trust; and (b) The power to borrow money and encumber the trust property with a deed of trust or mortgage.

5.    The trust is irrevocable.

6.    The trust tax identification number is ██████████ .

7.    Title to trust assets shall be taken in the following fashion MCDAB Family Trust of May 01 , 2008

8.    The trust does not have multiple acting trustees, and the signature of Dylan Lair as trustee is sufficient to exercise the powers of the trust.

The undersigned trustee hereby declares that the trust has not been revoked, modified, or amended in any manner which would cause the representations contained herein to be incorrect. This certification is being signed by all of the currently acting trustees and is being executed in conformity with the provisions of California Probate Code Section 18100.5, Chapter 530, Statutes of 1993.

Dylan Lair, Trustee
MCDAB Family Trust of May 01, 2008

**Certificate of Acknowledgment**

State of Texas          }
                        }
County of Travis        }

Before me, _Joseph Soberanes_ on this day personally appeared Dylan Lair, known to me (or proved to me on the oath of ___N/A___ or through _Texas Driver License_ (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 11th day of January, 2023.

_Joseph Soberanes_
Notary Public's Signature

(Personalized Seal)

JOSEPH DEPAZ SOBERANES
My Notary ID # 133999752
Expires October 5, 2026

JS



JOSEPH DEPAZ SOBERANES
My Notary ID # 133999752
Expires October 5, 2026

Notary    Joseph Soberanes